

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-17-00441-CV

**IN RE CITY OF ALICE**

Original Mandamus Proceeding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
               Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice

Delivered and Filed:  July 26, 2017

PETITION FOR WRIT OF MANDAMUS DISMISSED AS MOOT

Relator filed this petition for writ of mandamus on July 11, 2017. Relator has now filed a motion to dismiss this proceeding, advising this court that the issues raised by the mandamus proceeding have become moot. Accordingly, this original mandamus proceeding is dismissed as moot.

PER CURIAM